UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Maria Youngman

    v.                                   Case No. 22-cv-269-LM

Gerald Youngman
RBC Wealth Management

**REPORT AND RECOMMENDATION**

On October 26, 2022, the plaintiff was directed to file an amended complaint that "assert[ed]" specific facts giving rise to her claims against any named defendant" on or before November 26, 2022. Order (3) at 3. The court indicated that failure to do so could result in a recommendation that the complaint be dismissed without prejudice. Id. That deadline has passed without the required filing. The undersigned Magistrate Judge therefore recommends that this complaint be dismissed without prejudice.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Only those issues raised in the objection(s) to this Report and Recommendation are subject to review in the district court. See Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010). Any issues not preserved by such objection(s) are precluded on appeal. See id. Failure to

file any objections within the specified time waives the right to appeal the district court's Order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

                                           _____
                                           Andrea K. Johnstone
                                           United States Magistrate Judge

December 20, 2022

cc:  Maria Youngman, pro se